UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ABDUL KARIM WALI,

       Plaintiff,

v.                                                      07 CV 7550 (JGK)

ONESOURCE COMPANY, MS. GI CORDERZO
and MR. TERRY VIDAL,

       Defendants.
------------------------------------------------------------------x

**<u>DISCLOSURE OF INTERESTED PARTIES PURSUANT TO F.R.C.P. 7.1</u>**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Respondent Onesource, Inc.,

hereby identifies the following entity as its only parent company: ABM Industries,

Incorporated.  ABM Industries, Incorporated is a publicly traded company, trading on the

New York Stock Exchange under the symbol "ABM."

Dated: New York, New York
       December 10, 2007

                                                   Yours, etc.,

                                                   LAW OFFICES OF HARRY WEINBERG

                                                   By: _____
                                                 HARRY WEINBERG (HW 0574)
                                                 Attorneys for Defendants
                                                 11 Beach Street
                                                 New York, N.Y.  10013
                                                 (212) 989-2908

TO:   Abdul Karim Wali
        620 Trinity Avenue #10-A
        Bronx, N.Y.  10455-3008