UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
ABDUL KARIM WALI,

       Plaintiff,

v.                                                                              07 CV 7550 (JGK)

ONESOURCE COMPANY, MS. GI CORDERZO
and MR. TERRY VIDAL,

       Defendants.
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned hereby enters an appearance in this action on behalf of defendants OneSource Company (incorrectly captioned and actually formerly known as "OneSource, Inc."), Gi Corderzo and Terry Vidal.

Dated: New York, New York
       December 10, 2007

       Yours, etc.,

       LAW OFFICES OF HARRY WEINBERG

       By: _____
       HARRY WEINBERG (HW 0574)
       Attorneys for Defendants
       11 Beach Street
       New York, N.Y. 10013
       (212) 989-2908

TO:    Abdul Karim Wali
       620 Trinity Avenue #10-A
       Bronx, N.Y. 10455-3008