ATTORNEY'S CERTIFICATION OF SERVICE

  HARRY WEINBERG, an attorney licensed to practice in this Court, hereby certifies under penalties of perjury that:

  On December 10, 2007, I served the annexed Rule 7.1 Disclosure Statement dated December 10, 2007 upon the following persons by mailing a true and complete copy thereof in a postage pre-paid envelope, and depositing same in a post office or official depository of the United States Postal Service within New York State, at the last known address of the addressee(s) as set forth below:

Abdul Karim Wali
620 Trinity Avenue #10-A
Bronx, N.Y.  10455-3008


Certified this 10th day of December, 2007

                     _____
                     HARRY WEINBERG (HW 0574)