# MEMO ENDORSED

**LAW OFFICES OF**
**HARRY WEINBERG**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

HARRY WEINBERG*
—

*ADMITTED NY, NJ AND CALIF

11 BEACH STREET
NEW YORK, N.Y. 10013
(212) 989-2908

10 June 2008

<u>**VIA FACSIMILE**</u>
Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, N.Y. 10007



JUN 10 2008

JUDGE JOHN G. KOELTL

Re.: Wali v. OneSource, et al.
<u>SDNY 07 CV 7550 (JGK)</u>

Dear Judge Koeltl:

I am counsel for defendant OneSource in the referenced matter.

The Court has scheduled a status conference in this case for **June 13, 2008 at 3 PM.**
This case has been referred for mediation and a mediation has been scheduled to take
place on July 17, 2008 at 10:00 AM. A copy of the Notice of Selection of Mediator
scheduling the mediation for July 17 is attached.

I am therefore writing to request that the conference scheduled for June 13 be
rescheduled to a date following the mediation inasmuch as there has been no activity in
this case pending the mediation.

The Court's attention to this matter is appreciated.

Respectfully submitted,

Harry Weinberg

cc: Abdul Karim Waili
Pro Se Plaintiff

*Conference adjourned to July 31, 2008 at 4:30 P.M.*
*So ordered.*
*6/19/08*
*U.S.D.J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ABDUL KARIM WALI

                          Plaintiff

             -against-

ONE SOURCE COMPANY    et al.
                          Defendants

Notice of Selection of Mediator

07 Civ. 7550 (JGK)(    )

    Pursuant to an order of this Court, this case has been referred
to mediation.
    THE MEDIATION WILL BE HELD AT THE COURT'S MEDIATION OFFICE, 233
BROADWAY (WOOLWORTH BUILDING) NEW YORK, N.Y., SIXTH FLOOR,
BARCLAY STREET ENTRANCE
ON Thursday, July 17, 2008  AT 10:00AM.

ATTENTION: ALL PERSONS ATTENDING THE MEDIATION MUST FIRST REPORT TO
           THE FOURTEENTH FLOOR FOR A SECURITY CHECK.

The Mediator assigned is:

Miriam F. Clark, Esq.
Ritz & Clark LLP
40 Exchange Place, Ste. 2010
New York, N.Y. 10005
212/321-7075 FAX:212/321-7078
mclark@ritzandclark.com

↳ MEDIATION STATEMENTS ARE DUE TO THE
MEDIATOR NO LATER THAN CLOSE OF BUSINESS
JULY 9 UNLESS OTHERWISE DISCUSSED
WITH THE MEDIATOR.  PLEASE CONFIRM
WITH THE MEDIATOR HER PREFERENCE OF
RECEIPT BY MAIL FAX OR EMAIL.  PRINCIPAL
PARTIES WITH FULL SETTLEMENT AUTHORITY
AS WELL AS COUNSEL ARE TO ATTEND THE
MEDIATION.

    The Mediator should refuse assignment in any action as would be
required under 28 U.S.C. 455 (disqualification of a Justice, Judge
or Magistrate Judge).

    Any party may submit a written request to the undersigned within
ten(10)days from the date of this notice for the disqualification of
the Mediator for bias or prejudice as provided in 28 U.S.C. 144. A
denial of such a request is subject to  review by the assigned Judge
upon motion filed within ten (10) days of the date of the denial.

    Pursuant to order of this Court the entire mediation process is
confidential.  The  parties  and  the  Mediator  may  not disclose
information regarding the process, including  settlement terms, to
the Court or to third persons unless all parties     otherwise  agree.
The  identity  of  the Mediator is not to be disclosed even to the
Court.  However, persons authorized by the Court to administer  or
evaluate the  mediation program  may  have  access  to information
necessary  to  so administer or evaluate the program    and  parties,
counsel and Mediators  may respond to  confidential inquiries  or
surveys by said persons authorized by  the  Court to administer or
evaluate the mediation program.

(1 of 2