LAW OFFICES OF
**HARRY WEINBERG**

JUL 14 2008

HARRY WEINBERG*

*ADMITTED NY, NJ AND CALIF

11 BEACH STREET
NEW YORK, N.Y. 10013
(212) 989-2908

14 July 2008

**VIA FACSIMILE**
Hon. John G. Koeltl
United States District Court
500 Pearl Street
New York, N.Y. 10007

*ADJOURNED TO THURSDAY, SEPTEMBER 4, 2008 AT 4:30PM SO ORDERED.*
*7/24/08*

Re.: Wali v. OneSource, et al.
SDNY 07 CV 7550 (JGK)

Dear Judge Koeltl:

I am counsel for defendant OneSource in the referenced matter.

The Court has scheduled a status conference in this case for **July 31, 2008.**
This case has been referred for mediation and a mediation was been scheduled to take place on July 17, 2008 at 10:00 AM. At the request of the mediator, the mediation has been rescheduled to take place on August 8, 2008 at 1 PM.

I am therefore writing to request that the conference scheduled for July 31 be rescheduled to a date following the mediation (August 15, 2008 if possible) inasmuch as there has been no activity in this case pending the mediation. I am involved in other federal court matters on August 5, 2008 and am not available on August 13, 2008. I will also be on vacation beginning August 18, 2008, returning September 2, 2008.

The Court's attention to this matter is appreciated.

Respectfully submitted,

Harry Weinberg

cc:  Abdul Karim Waili
     Pro Se Plaintiff

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/_/__