UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :

Wali'

        Plaintiff(s)  :  CONSENT TO PROCEED BEFORE
                                  UNITED STATES MAGISTRATE JUDGE

- against -

                                  07 civ. 7550 (JGK)(DCF)

One Source

        Defendant(s)  :

- - - - - - - - - - - - - - - - - - :

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

ABDUL KARIM WALI
Attorney(s) for Plaintiff(s)
Address 620-TRINITY AVE. A-10
Telephone BRONX, NY 10455-3008
646-271-8830

Harry Weinberg, Esq.
Attorney(s) for Defendant(s)
Address 11 Beach Street 5th fl.
Telephone NY NY 10013
212 989 2908

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

9/4/08.

_____ U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

Magistrate Judge _____ was assigned this case on _____
19___

For: Clerk U.S.D.C. S.D.N.Y.